Mary A. Hopkins, Appellant, v. Walter Buchanan, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of Aaron M. Blattman, Petitioner, against James E. McDonald, as Chief City Magistrate of the Magistrate's Court of the City of New York, Respondent.— Order of certiorari dismissed and determination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, O'Malley and Townley, JJ.

E. Dwight Johnston, Appellant, v. Edgar S. Baruc and Others, Respondents. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of Margaret M. Byrnes for a Determination of Her Right under Section 18 of the Decedent Estate Law to Elect to Take an Intestate Share against the Provisions of the Last Will and Testament of Harwood Byrnes, Deceased.— Decree affirmed, with costs to the respondent, payable out of the estate. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [141 Misc. 346.]

Charles B. H. Deller, Appellant, Respondent, v. Electrice Corporation, Appellant, and Joseph Mercadante, Respondent, Appellant.— Judgment and orders affirmed, with costs to the plaintiff against the defendant Electrice Corporation. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Elsie W. Cox, Appellant, v. 4-One Box Machine Makers, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Fifty West Seventy-seventh Street Corporation, Appellant, v. Littmann's, Inc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

The People of the State of New York, on the Complaint of Charles O'Connor, Respondent, v. Charles & Company, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Merrell, J., dissents and votes to reverse and dismiss the information.

Marie L. Walsh, Respondent, Appellant, v. J. Irving Walsh, Individually and as Trustee for George Handel and Others, Appellant, Respondent.— We find no basis for including in the money judgment the sum of $10,000 together with interest of $3,000. The judgment appealed from, therefore, is modified by deducting from the amount of the money judgment as entered the sum of $13,000, and as so modified affirmed, with costs to the defendant. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

The Worth Corporation, Appellant, v. The Metropolitan Casualty Insurance Company of New York, Respondent.— Determination so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.